UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                          3:19-cr-00041-JBA-1

KENTWAN ROBINSON

ENDORSEMENT ORDER

After colloquy with counsel during a telephonic status conference on December 19, 2019, a

hearing concerning gunswitch sales is scheduled **for February 5, 2020 at 10:00 a.m.**

Additionally, the sentencing schedule was modified as follows.    The final version of the

Presentence Report has been filed (Doc. 45). Defendant's Sentencing Memorandum shall be filed

by **January 10, 2020**. Government's Sentencing Memorandum shall be filed by **January 17, 2020**.

The Defendant shall appear for sentencing on **February 12, 2020 at 3:00 p.m.** in Courtroom No. 2

of the United States District Courthouse, 141 Church Street, New Haven, Connecticut.

IT IS SO ORDERED.

/S/
_____

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December ___27, 2019