UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19-cr-41 (JBA) |
| vs. | : | |
| KENTWAN ROBINSON | : | January 8, 2020 |

**CONSENT MOTION TO EXTEND DEADLINES FOR FILING SENTENCING MEMORANDA**

The defendant, Kentwan Robinson, requests that the Court extend the deadline for filing his memorandum in advance of the *Fatico* hearing scheduled for February 5, 2020. Mr. Robinson's memorandum is due January 10, 2020 and the Government's memorandum is presently due January 17, 2020.

The Government has indicated to undersigned counsel that since its sentencing memorandum will be largely dictated by the outcome of the *Fatico* hearing, it seeks an extension of its deadline from January 17, 2020 to February 10, 2020, a date after the *Fatico* hearing. Accordingly, undersigned counsel requests an opportunity to file a sentencing memorandum on behalf of Mr. Robinson by January 17, 2020, as that allows counsel additional time to gather information pertinent to the sentencing memorandum. Furthermore, counsel proposes that Mr. Robinson submit a supplemental memorandum on February 10, 2020 to address any issues that arise during the *Fatico* hearing.

Assistant United States Attorney Joseph Vizcarrondo has no objection to this motion being granted.

WHEREFORE, the defendant respectfully requests that the Court extend the deadline for the defendant's sentencing memorandum from January 10, 2020 to January 17, 2020, and that the Court extend the deadline for the Government's memorandum to February 10, 2020.

Respectfully submitted,

THE DEFENDANT,
Kentwan Robinson

OFFICE OF THE FEDERAL DEFENDER

Dated: January 8, 2020

 */s/ Allison M. Near*
Allison M. Near
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27241
Email: allison_near@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near